# SAMUEL I. WHITE, P.C.
**ATTORNEYS AND COUNSELORS AT LAW**
5040 CORPORATE WOODS DRIVE
SUITE 120
VIRGINIA BEACH, VIRGINIA 23462
TELEPHONE (757) 490-9284
FACSIMILE (757) 490-8143
TOLL FREE (800-432-3921)

SAMUEL I. WHITE (1921-2011)
WM. ADAM WHITE
ERIC D WHITE†
D. CAROL SASSER (VA & GA)
EMMANUEL D. VOCES (VA&WV)
ROBERT E FRAZIER(VA,MD, DC & WV)
LAURA D. HARRIS (VA, MD, & DC)
DANIEL J. PESACHOWITZ (VA,MD & DC)††
RANDA S. AZZAM (VA & MD)††
MICHAEL T. FREEMAN†
SARAH A.CRICHIGNO (WV & VA)†††
FABIO CRICHIGNO (WV & VA)†††
CHRISTOPHER R. ARTHUR (WV) ††††
JOHN E. DRISCOLL, III (MD, DC & VA)††
ROSALIE K. DOGGETT
NINA AQUILINA NGUYEN†
SARA K. TURNER
RONALD J. GUILLOT, JR. (VA & LA)
DONNA J. HALL
DAVID W. CARTER†
ROBERT A. JONES
ELLEN G. OWEN†
KAREN E. DAILY
KATHY T. CRAIN
KIMBERLY B. LANE†
RANDY L. KNIHA†††
LESLEY ANN WHEELER††††
DEENA L. REYNOLDS(MD & DC)†††††
KIM R. GERSHEN (VA & NY)
LEONARD C. TENGCO
LORA DYER††††
L. RICHARD DORSEY, II††††
MANDY J. PEARCE
ASHLEIGH JAMES†††
ROBERT HILLMAN†††††
W. SCOTT CAMPBELL (WV & PA) ††††
KAREN SMITH

†1804 Staples Mill Road – Suite 200
RICHMOND, VIRGINIA 23230
TELEPHONE (804) 290-4290
FAX (804) 290-4298

††913 King Street
ALEXANDRIA, VIRGINIA 22314
TELEPHONE (703) 739-1070
FAX (703) 739-2619

†††6110 Mid Atlantic Drive
MORGANTOWN,WV 26508
TELEPHONE (304) 413-0010
TOLL FREE (866) 839-8856
FAX(304) 413-0014

††††601 Morris Street, Suite 400
CHARLESTON, WV 25301
TELEPHONE (304) 414-0200
FAX (304) 414-0202

†††††611 Rockville Road
Suite 100
ROCKVILLE, MD 20852
TELEPHONE (301) 804-3400
FAX (301) 838-1954

February 7, 2013

Steve C. Taylor, Esquire
133 Mount Pleasant Road
Chesapeake, VA 23322

RE:    Wayne Vernon Arrington, Jr.
       Angela Dawn Arrington
       (Bank of America, N.A.)
       File #40-001409-11
       Case #: 11-70910-FJS

As the Debtors are in default of the Order Granting Modification of Stay entered September 4, 2012 and the Notice of Default filed December 20, 2012, Bank of America, N.A. has been advised that the stay has been terminated in accordance with that order without further notice or hearing, and that it can exercise its contractual and statutory rights concerning the property including, but not limited to, the initiation of foreclosure proceedings.

**By copy of this letter, the Trustee is advised to terminate payments on pre-petition arrearages on Claim #4 set forth in the lender's Proof of Claim.**

If you have any questions, please contact this office directly at (757) 490-9284.

Very truly yours,

**SAMUEL I. WHITE, P.C.**

/s/ D. Carol Sasser
Attorney at Law

/cel
cc:    Michael P. Cotter, Trustee
       U.S. Bankruptcy Court Clerk's Office